FLORENCE I. BUHL, Respondent, v. SAMUEL BESSEL, MAX BESSEL and ABRAHAM BESSEL, Appellants.— In an action on a bond, in which the amended answer alleged defenses of fraud and want of consideration, order of the County Court of Nassau county granting plaintiff's motion for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

GEORGE BUSCH and JOHN HILLIARD, Appellants, v. LOUIS F. LICHT, Respondent.— Action by brokers to recover commission for procuring a tenant for defendant's property. Defendant's motion to dismiss at the close of plaintiffs' case was granted on the ground that there was no proof of employment of plaintiffs by defendant. Judgment of the County Court of Nassau county for defendant reversed on the law and a new trial ordered, costs to abide the event. There was sufficient proof *prima facie* from which employment might be inferred. The claimed defect in proof respecting plaintiffs' license to act as brokers may be made the subject of further proof. In any event, the dismissal was not on the latter ground. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

JAMES CAMPBELL, Respondent, v. RAPHAEL KAMHI, Also Known as RAPHAEL CAMHI, Also Known as RALPH KAMHI, Also Known as RALPH CAMHI, Appellant.— In an action to recover damages for personal injuries resulting from a collision of automobiles operated by plaintiff and defendant, there was a verdict for plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

VIOLA S. FERNSCHILD, Respondent, v. GLENNON A. BROWN, Appellant.— In an action to recover damages alleged to have been sustained because of breach of covenant of a written lease, judgment in favor of plaintiff reversed on the law, with costs, and judgment directed in favor of defendant, dismissing the complaint, with costs. The finding of the court that the lease was not surrendered is clearly against the weight of the evidence. This court finds that the new lease was made before the tenant vacated the premises. This constituted an acceptance of surrender by the landlord. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of DOROTHY LEDYARD KNIGHT, Petitioner, Appellant, for an Order under Section 12 of the Surrogate's Court Act and Article 78 of the Civil Practice Act, against LEONE D. HOWELL, Individually and as Surrogate of Nassau County, Respondent.— Order denying application for an order disqualifying and restraining a surrogate from acting as such unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

SIMON JACOBSON, Respondent, v. BONNIE POTTLE and SYLVIA POTTLE, Appellants.— Order denying, on condition, defendants' motion to dismiss the plaintiff's complaint affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.